# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL S. THOMPSON,**
                      **Plaintiff,**

**-vs-**                                                    **Case No.  6:07-cv-240-Orl-18UAM**

**COMMISSIONER OF SOCIAL**
**SECURITY,**
                      **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION TO DISMISS (Doc. No. 21)** |
| **FILED:** | **November 13, 2007** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

Plaintiff moves to dismiss his case.  The motion is unopposed by the Commissioner.  The

Commissioner did not raise any counterclaims in his answer to the complaint.

IT IS RECOMMENDED that the case be dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

Failure to file written objections to the proposed findings and recommendations contained in

this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking

the factual findings on appeal.

Recommended in Orlando, Florida on November 14, 2007.


*Donald P. Dietrich*
DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

The Honorable G. Kendall Sharp