**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL S. THOMPSON,**
      **Plaintiff,**

**-vs-**                 **Case No.  6:07-cv-240-Orl-18UAM**

**COMMISSIONER OF SOCIAL SECURITY,**
      **Defendant.**
_____

## ORDER

  The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

  **ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  This case is dismissed with prejudice.  Each party to be responsible for their own costs and attorney's fees.  Clerk of the Court is directed to close the case.

  It is **SO ORDERED** in Orlando, Florida, this 19th day of November, 2007.

Copies to:

Counsel of Record
United States Magistrate Judge

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE